STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
HAROLD FORGANG, DEFENDANT-PETITIONER.

*Mr. Max Mehler* and *Mr. Sam Weiss* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the respondent.

October 2, 1961.   Denied.

PACIFIC DISCOUNT CO., INC., PLAINTIFF-PETITIONER, v.
HENRY JACKSON, ET AL., DEFENDANTS-RESPOND-
ENTS.

See same case below:   68 *N. J. Super.* 331.

*Mr. Milton S. Kramer* for the petitioner.

October 2, 1961.   Granted.